# Profit and Loss

## STM Construction LLC
January 1-October 16, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   Sales | 3,923,121.13 |
|   Unapplied Cash Payment Income | 0.00 |
| **Total for Income** | **$3,923,121.13** |
| Cost of Goods Sold | |
|   Cost of Goods Sold | $2,546.93 |
|   Contractors | 2,306,126.68 |
|   Equipment Rental | 101,924.28 |
|   Job Admin | 43,000.00 |
|   Job Utilities | 23,557.09 |
|   Materials | 392,936.89 |
|   Project Foreman | 259,380.00 |
|   Trash Disposal | 5,510.82 |
| **Total for Cost of Goods Sold** | **$3,134,982.69** |
| **Total for Cost of Goods Sold** | **$3,134,982.69** |
| **Gross Profit** | **$788,138.44** |
| Expenses | |
|   Advertising & Marketing | 3,887.14 |
|   Bank Charges & Fees | 1,403.64 |
|   Car & Truck | $18,147.01 |
|     Gas | 22,004.24 |
|     Tolls and Parking | 7,379.66 |
| **Total for Car & Truck** | **$47,530.91** |
|   Charitable Contribution | 2,286.37 |
|   Finance Charge | 5,960.78 |
|   Insurance | 27,549.41 |
|   Interest Paid | 318,262.61 |
|   Janitorial | 12,865.00 |
|   Legal & Professional Services | $6,931.62 |
|     2nd Wind | 20,310.64 |
|     Accounting Services | 68,286.00 |
|     IT Consultant | 301.94 |
| **Total for Legal & Professional Services** | **$95,830.20** |
|   Meals & Entertainment | 14,190.56 |
|   Office Supplies & Software | 14,949.15 |
|   Postage | 166.10 |
|   Rent & Lease | 20,535.00 |
|   Repairs & Maintenance | 214.14 |
|   Storage | 1,450.00 |
|   Subscriptions | 651.89 |

# Profit and Loss

## STM Construction LLC

January 1-October 16, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Taxes & Licenses | 20,483.13 |
| Travel | 11,388.11 |
| Utilities | 11,924.15 |
| **Total for Expenses** | **$611,528.29** |
| **Net Operating Income** | **$176,610.15** |
| Other Income | |
|   Interest Income | 0.72 |
| **Total for Other Income** | **$0.72** |
| Other Expenses | |
|   Attorney Fees | 30,000.00 |
| **Total for Other Expenses** | **$30,000.00** |
| **Net Other Income** | **-$29,999.28** |
| **Net Income** | **$146,610.87** |